JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MICHAEL DIAL, | No. ED CV 24-2227-AB(E) |
| Petitioner, | |
| v. | JUDGMENT |
| J. DOERER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 12, 2025

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE